AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Richard F. Gonzalez and
Rachel Gonzalez

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Labor and
Elaine L. Chao, in her official capacity as
Secretary of Labor

Case: 1:07-cv-00593
Assigned To : Walton, Reggie B.
Assign. Date : 3/28/2007
Description: GONZALEZ v. DEPT. of LABOR

TO: (Name and address of Defendant)

United States Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    MAR 2 8 2007
CLERK                                                       DATE

_Anette Stewart-Cirek_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  April 3rd, 2007 |
| NAME OF SERVER *(PRINT)*  J. Michael Hannon | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via Certified Mail with Return Receipt to U.S Department of Labor, Frances Perkins Building, 200 Constitution Avenue, NW, Washington, DC 20210; Acknowledged on April 9th, 2007

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 24th, 2007
             Date

Signature of Server

HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.