AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Richard F. Gonzalez and
Rachel Gonzalez

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Labor and
Elaine L. Chao, in her official capacity as
Secretary of Labor

Case: 1:07-cv-00593
Assigned To : Walton, Reggie B.
Assign. Date : 3/28/2007
Description: GONZALEZ v. DEPT. of LABOR

TO: (Name and address of Defendant)

Kenneth Wainstein
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 28 2007

CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 30th, 2007 |
| NAME OF SERVER *(PRINT)*    J. Michael Hannon | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant.  Place where served: _____

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

_____

X    Other (specify):    Via Certified Mail with Return Receipts to Civil Process Clerk and Kenneth Wainstein, U.S. Attorney's Office, 555 4th Street, NW, Washington, DC 20001; Acknowledged on April 6th, 2007 _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___April 24th, 2007___          _Signature of Server_
                    Date

HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.