UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ and <br> RACHEL GONZALEZ,, <br> P.O. Box 439039, <br> San Diego, California 92143, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF LABOR, <br> Francis Perkins Building, <br> 200 Constitution Avenue, NW <br> Washington, DC 20210, and <br><br> ELAINE L. CHAO, in her <br> official capacity as Secretary of Labor, <br><br> Defendants. | Civil Action No. 07–0593 (RBW) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for the Defendants.

Respectfully submitted,

/s/
ALAN BURCH, D.C. BAR #470655
Assistant U.S. Attorney
555 Fourth St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov