UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and<br>RACHEL GONZALEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF LABOR, and<br>ELAINE L. CHAO, Secretary of Labor,<br><br>        Defendants, | Civil Action No. 07-0593 (RBW) |

**CONSENT MOTION FOR BRIEFING SCHEDULE**

Defendants, the U.S. Department of Labor, and Elaine Chao, Secretary of Labor (collectively "DOL"), respectfully request entry of the briefing schedule described below. Plaintiff has been receiving disability payments from DOL pursuant to the Federal Employee Compensation Act, and this case involves Plaintiff's claim that DOL erred in requiring Plaintiff to reimburse DOL for certain monies Plaintiff recovered from a third-party in settlement for claims related to her injuries. Counsel for both parties agree that the case is best resolved on cross motions for summary judgment. Counsel for both parties also agree to the following briefing schedule:

- October 31, 2007, motions for summary judgment;
- November 30, 2007, oppositions thereto; and
- December 21, 2007, replies thereto.

As this case involves review of an agency action, it is exempt from initial disclosures and the meet and confer requirements of Rule 16 and 26(a). See Local Rule 16.3(b)(1). Defendants

filed an answer on June 28, 2007, and the case has remained at that stage since then.

    A proposed order is attached.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              /s/
                              ALAN BURCH, D.C. Bar # 470655
                              Assistant United States Attorney
                              555 4th St., N.W.
                              Washington, D.C. 20530
                              (202) 514-7204
                              alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and<br>RACHEL GONZALEZ,<br><br>   Plaintiffs,<br><br> v.<br><br>DEPARTMENT OF LABOR, and<br>ELAINE L. CHAO, Secretary of Labor,<br><br>   Defendants, | Civil Action No. 07-0593 (RBW) |

**ORDER SETTING BRIEFING SCHEDULE**

UPON CONSIDERATION of Defendant's Consent Motion for Briefing Schedule, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties comply with the following deadlines:

- October 31, 2007, motions for summary judgment;

- November 30, 2007, oppositions thereto; and

- December 21, 2007, replies thereto.

So ordered, this _____ day of _____ 2007.

_____
REGGIE B. WALTON
United States District Judge