UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and )<br>RACHEL GONZALEZ, )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>DEPARTMENT OF LABOR, et al., )<br>  )<br>  Defendants. )<br>  ) | Civil Action No. 07-0593 (RBW) |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs, Richard F. Gonzalez and Rachel Gonzalez, respectfully request entry of the modified briefing schedule described below. On October 3, 2007, this Court entered an Order setting the briefing schedule as follows:

- October 31, 2007, Cross Motions for Summary Judgment;

- November 30, 2007, Oppositions thereto; and

- December 21, 2007, Replies thereto.

As this case involves review of an agency action, both parties have agreed to create an Agency Record to be filed in this case. Both parties require additional time to review the agency record and compile the record to be filed. Counsel for both parties discussed modification of the briefing schedule and have agreed to the following schedule:

- November 30, 2007, Cross Motions for Summary Judgment;

- December 21, 2007, Oppositions thereto; and

- January 25, 2008, Replies thereto.

Assistant United States Attorney Alan Burch has authorized the undersigned to advise the Court that the United States consents to the modified briefing schedule.

Respectfully submitted,

*/s/ J. Michael Hannon*
J. Michael Hannon, D.C. Bar #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704

*Counsel for Plaintiffs Richard and Rachel Gonzalez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Modify Briefing Schedule was sent via electronic filing this 30th day of October, 2007, to:

Alan Burch, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

*/s/ J. Michael Hannon*
J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and <br> RACHEL GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 07-0593 (RBW) |

**ORDER MODIFYING BRIEFING SCHEDULE**

UPON CONSIDERATION of Plaintiffs' Consent Motion to Modify Briefing Schedule, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties comply with the following deadlines:

- November 30, 2007, motions for summary judgment;

- December 21, 2007, oppositions thereto; and

- January 25, 2008, replies thereto.

So ordered, this _____ day of _____ 2007.


_____
REGGIE B. WALTON
United States District Judge