UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and ) <br> RACHEL GONZALEZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF LABOR, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-0593 (RBW) |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs, Richard F. Gonzalez and Rachel Gonzalez, respectfully request entry of the modified briefing schedule described below. On November 5, 2007, this Court entered an Order setting the briefing schedule as follows:

- November 30, 2007, Cross Motions for Summary Judgment;

- December 21, 2007, Oppositions thereto; and

- January 25, 2008, Replies thereto.

As this case involves review of the agency's decision regarding Plaintiff's benefits, counsel for the parties have reviewed the voluminous record assembled by the agency. Due to the substantial number of documents therein, some of which are both irrelevant to the contested issues in this case and consist of private, medical records, counsel have discussed about how best to present the pertinent material to the Court. Counsel now agree that they will submit only those parts of the record that are relevant to their respective positions.

Although counsel for both parties realize that the Court has already granted a previous request to modify the briefing schedule, they feel further modification is necessary. Due to

counsel for the government having a trial scheduled in January, both parties have agreed to and propose the following schedule:

- January 30, 2008, Cross Motions for Summary Judgment;

- February 27, 2008, Oppositions thereto; and

- March 19, 2008, Replies thereto.

Assistant United States Attorney Alan Burch has authorized the undersigned to advise the Court that the United States consents to the modified briefing schedule.

                                       Respectfully submitted,

                                       HANNON LAW GROUP, LLP


                                       _/s/ J. Michael Hannon_
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704

*Counsel for Plaintiffs Richard and Rachel Gonzalez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Modify Briefing Schedule was sent via electronic filing this 29th day of November, 2007, to:

Alan Burch, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

                                            */s/ J. Michael Hannon*
                                            J. Michael Hannon

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD F. GONZALEZ, and RACHEL GONZALEZ, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 07-0593 (RBW) |
| v. ) ) ) | |
| DEPARTMENT OF LABOR, et al., ) ) | |
| Defendants. ) ) | |

## ORDER MODIFYING BRIEFING SCHEDULE

UPON CONSIDERATION of Plaintiffs' Consent Motion to Modify Briefing Schedule, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties comply with the following deadlines:

- January 30, 2008, Cross Motions for Summary Judgment;

- February 27, 2008, Oppositions thereto; and

- March 19, 2008, Replies thereto.

So ordered, this _____ day of _____ 2007.

REGGIE B. WALTON
United States District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

Alan Burch, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530