UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and ) <br> RACHEL GONZALEZ, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.  ) <br>   ) <br> DEPARTMENT OF LABOR, et al., ) <br>   ) <br>   Defendants. ) <br>   ) | Civil Action No. 07-0593 (RBW) |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs, Richard F. Gonzalez and Rachel Gonzalez, respectfully request entry of the modified briefing schedule described below. On November 29, 2007, this Court entered an Order setting the briefing schedule as follows:

- January 30, 2008, Cross Motions for Summary Judgment;

- February 27, 2008, Oppositions thereto; and

- March 19, 2008, Replies thereto.

Counsel for the plaintiffs have reviewed the voluminous record assembled by the agency and is nearly finished with their Motion for Summary Judgment. However, due to counsel for the plaintiffs being involved in a criminal trial during the month of January, and the associate assigned to the case leaving the firm, plaintiffs respectfully request an extension of the deadline for the Cross Motions for Summary Judgment for a period of one week, and the adjustment of the remaining briefing schedule by a corresponding week. This will also allow counsel to cross reference the voluminous exhibits with their Motion for Summary Judgment.

Though counsel realize that the Court has already granted a previous request to modify the briefing schedule, no additional request will be necessary for plaintiffs. Both parties have agreed to and propose the following schedule:

- February 6, 2008, Cross Motions for Summary Judgment;
- March 5, 2008, Oppositions thereto; and
- March 26, 2008, Replies thereto.

Assistant United States Attorney Alan Burch has authorized the undersigned to advise the Court that the United States consents to the modified briefing schedule.

Dated January 29, 2008                                              Respectfully submitted,

                                                                    HANNON LAW GROUP, LLP


                                                                         /s/ J. Michael Hannon
                                                                    J. Michael Hannon, #352526
                                                                    1901 18th Street, NW
                                                                    Washington, DC 20009
                                                                    (202) 232-1907
                                                                    (202) 232-3704 Facsimile
                                                                    jhannon@hannonlawgroup.com

                                                                    *Counsel for Plaintiffs Richard and Rachel Gonzalez*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Modify Briefing Schedule was sent via electronic filing this 29th day of January, 2008, to:

Alan Burch, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530


                */s/ J. Michael Hannon*
                J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. GONZALEZ, and <br> RACHEL GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 07-0593 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER MODIFYING BRIEFING SCHEDULE

UPON CONSIDERATION of Plaintiffs' Consent Motion to Modify Briefing Schedule, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties comply with the following deadlines:

- February 6, 2008, Cross Motions for Summary Judgment;
- March 5, 2008, Oppositions thereto; and
- March 26, 2008, Replies thereto.

So ordered, this _____ day of _____ 2008.


_____
REGGIE B. WALTON
United States District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

Alan Burch, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530